| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | JOHN D. ADKISSON - 114449 |
| 2 | AMY L. KEYSER - 160990 |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA  94105 |
| | Telephone:     (415) 777-3200 |
| 4 | Facsimile:      (415) 541-9366 |
| | akeyser@hansonbridgett.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW, | No. C 06 3098 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
| SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 THROUGH 50, INCLUSIVE, | Date:       August 18, 2006 |
| | Time:       8:30 a.m. |
| | Location:  Courtroom 8 |
| Defendant. | |

Plaintiff Susan Lew ("Plaintiff") and Defendant Superior Court of California, County of San Francisco ("Defendant") respectfully request that the case management conference scheduled for August 18, 2006 at 8:30 a.m. be rescheduled to September 29, 2006 at 8:30 a.m. and that the initial case management conference schedule be vacated and the parties' proposed case management schedule adopted for the following reasons.

On July 7, 2006, Defendant filed with the Court a Declination to Proceed Before A Magistrate Judge. On July 24, 2006, the Court issued a Clerk's Notice of Impending Reassignment that advised the parties that the case was being reassigned and that all scheduled dates were vacated. Subsequently, on July 28, 2006, the Court issued a Clerk's Notice scheduling the initial case management conference in this matter for August 18, 2006 at 8:30 a.m. and

- 1 -

1  reinstating the initial case management schedule. At the time the Clerk's Notice was issued,
2  some of the initial case management deadlines had already passed. Further, Defendant's counsel
3  has a conflict with the August 18, 2006 date. To ensure that the parties have an opportunity to
4  fully comply with this Court's rules and adequate time to prepare for the case management
5  conference, and to schedule the case management conference for a mutually convenient date,

6      IT IS HEREBY STIPULATED, by and between the parties through their respective
7  counsel of record, that the initial case management conference be rescheduled for September 29,
8  2006 at 8:30 a.m., a date that has been cleared with the Court's calendar. The parties jointly
9  request that the initial case management schedule be vacated and propose the following case
10 management schedule:

| | |
|---|---|
| **September 8, 2006**: | Last day for parties to meet and confer regarding initial discovery, early settlement, ADR process selection, and discovery plan. |
| | Last day to file ADR Certification signed by parties and counsel. |
| | Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone conference. |
| **September 22, 2006**: | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file Rule 26(f) Report. |

DATED: August 7, 2006

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: _____
JOHN D. ADKISSON
AMY L. KEYSER
Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

- 2 -

| | | |
|---|---|---|
| 1 | DATED: August 3, 2006 | THE SCOTT LAW FIRM |
| 2 | | |
| 3 | | By: *Lizabeth N. de Vries* |
| 4 | | JOHN HOUSTON SCOTT |
| 5 | | LIZABETH N. de VRIES<br>Attorneys for Plaintiff<br>SUSAN LEW |

7  
8  IT IS SO ORDERED.

9  DATED: August 8, 2006

THE HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

- 3 -

STIPULATION AND ORDER TO
RESCHEDULE CMC (CASE NO. C 06 3098 CRB )

1267620.1