1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   JOHN D. ADKISSON - 114449
2  AMY L. KEYSER - 160990
   425 Market Street, 26th Floor
3  San Francisco, CA  94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366
   akeyser@hansonbridgett.com
5
   Attorneys for Defendant
6  SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN
   FRANCISCO
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SUSAN LEW,                          | No. C 06 3098 CRB

12 |         Plaintiff,

13 |    v.                               | **STIPULATION AND [PROPOSED]**
                                          **ORDER SELECTING ADR PROCESS**
14 | SUPERIOR COURT OF CALIFORNIA
   | IN AND FOR THE CITY AND COUNTY
15 | OF SAN FRANCISCO, and DOES 1
   | THROUGH 50, INCLUSIVE,
16
17 |         Defendant.

18

19       Counsel report that they have met and conferred regarding ADR and have reached the

20 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21       The parties agree to participate in the following ADR process:

22 **Court Processes:**

23       ☐ Non-Binding Arbitration    ☐ Early Neutral Evaluation (ENE)    ☒ Mediation
            (ADR L.R. 4)                 (ADR L.R. 5)                         (ADR L.R. 6)
24

25 **Private Process:**

26       ☐ Private ADR (please identify process and provider)

27

28
                                          - 1 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS (CASE NO. C 06 3098 CRB )                                  1269799.1

The parties agree to hold the ADR session by:

☒ the presumptive deadline (the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ other requested deadline _____.

Dated: September 7, 2006     HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

_____
JOHN D. ADKISSON
AMY L. KEYSER
Attorney for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

Dated: September ___, 2006     THE SCOTT LAW FIRM

_____
JOHN H. SCOTT
LIZABETH DEVRIES
Attorney for Plaintiff
SUSAN LEW

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

- 2 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS (CASE NO. C 06 3098 CRB)

1269799.1

The parties agree to hold the ADR session by:

☒ the presumptive deadline (the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ other requested deadline _____.

Dated: September __, 2006                     HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


//s//[1]
JOHN D. ADKISSON
AMY L. KEYSER
Attorney for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO


Dated: September 8, 2006                     THE SCOTT LAW FIRM

*[signature]*
JOHN H. SCOTT
LIZABETH DEVRIES
Attorney for Plaintiff
SUSAN LEW

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

- 2 -

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding ADR
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session:

- ☐ 90 days from the date of this Order.
- ☐ Other _____.

IT IS SO ORDERED:

Dated: September 11, 2006

_____
THE HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*