1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   JOHN D. ADKISSON - 114449
2  GAIL CECCHETTINI WHALEY - 162765
   ELI R. MAKUS - 234287
3  980 Ninth Street, Suite 1500
   Sacramento, CA 95814
4  Telephone:   (916) 442-3333
   Facsimile:   (916) 442-2348
5  jadkisson@hansonbridgett.com
   cwhaley@hansonbrigett.com
6  emakus@hansonbridgett.com

7  Attorneys for Defendant
   SUPERIOR COURT OF CALIFORNIA,
8  COUNTY OF SAN FRANCISCO

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | SUSAN LEW,                          | No. C 06 3098 CRB
13 |           Plaintiff,                | STIPULATION AND [PROPOSED]
   |                                     | ORDER RESCHEDULING MEDIATION
14 |     v.                              | DEADLINE
15 | SUPERIOR COURT OF CALIFORNIA
   | IN AND FOR THE CITY AND COUNTY
16 | OF SAN FRANCISCO, and DOES 1
   | THROUGH 50, INCLUSIVE,
17 |
   |           Defendant.
18

19

20       IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff SUSAN

21 LEW and counsel for Defendant SUPERIOR COURT OF CALIFORNIA IN AND FOR THE

22 CITY AND COUNTY OF SAN FRANCISCO that the Mediation deadline be extended from

23 December 11, 2006 to January 31, 2007. The parties have scheduled a mediation with the

24 assigned mediator for January 30, 2007.

25       The parties so stipulate in order to accommodate the schedules of the various individuals

26 the parties wish to depose prior to the mediation, the schedules of counsel, and to give each side

27 adequate time to fully and thoroughly prepare for the mediation.

28       The parties hereby request that the Court grant this proposed Order.

- 1 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING MEDIATION DEADLINE                    43078.1

1    This Stipulation and Order shall not effect the trial date or any other dates set in this
2    action.
3
4    DATED: December 20, 2006          HANSON BRIDGETT MARCUS VLAHOS & RUDY,
5                                     LLP
6
7                                     By: _____
                                       JOHN D. ADKISSON
8                                      GAIL CECCHETTINI WHALEY
                                       ELI R. MAKUS
9                                      Attorneys for Defendant
                                       SUPERIOR COURT OF CALIFORNIA, COUNTY
10                                     OF SAN FRANCISCO
11   DATED: December 19, 2006
12
13                                    By: _____
                                       JOHN HOUSTON SCOTT
14                                     Attorneys for Plaintiff SUSAN LEW
15
16                              [PROPOSED] ORDER
17        GOOD CAUSE APPEARING, and based on the Stipulation of the parties hereto
18   IT IS HEREBY ORDERED that the Mediation deadline be extended from December 11, 2006 to
19   January 31, 2007.
20
21   Dated: January 3, 2007
22                                    Judge
                                      IT IS SO ORDERED
23                                    Judge Charles R. Breyer
24
25
26
27
28

- 2 -
STIPULATION AND [PROPOSED] ORDER RESCHEDULING MEDIATION DEADLINE                    43078.1