1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   JOHN D. ADKISSON - 114449
2  GAIL CECCHETTINI WHALEY - 162765
   ELI R. MAKUS - 234287
3  980 Ninth Street, Suite 1500
   Sacramento, CA  95814
4  Telephone:     (916) 442-3333
   Facsimile:      (916) 442-2348
5  jadkisson@hansonbridgett.com
   gwhaley@hansonbrigett.com
6  emakus@hansonbridgett.com

7  Attorneys for Defendant
   SUPERIOR COURT OF CALIFORNIA,
8  COUNTY OF SAN FRANCISCO

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  SUSAN LEW,                          No. C 06 3098 CRB

13          Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                        **ORDER RESCHEDULING FURTHER**
14      v.                              **CASE MANAGEMENT CONFERENCE**

15  SUPERIOR COURT OF CALIFORNIA
    IN AND FOR THE CITY AND COUNTY
16  OF SAN FRANCISCO, and DOES 1
    THROUGH 50, INCLUSIVE,
17
            Defendant.
18

19

20        WHEREAS, an Initial Case Management Conference was held in this matter on

21  September 29, 2006; and

22        WHEREAS, a further Case Management Conference was scheduled for January 12, 2007

23  to occur after the parties completed mediation; and

24        WHEREAS,  the parties have requested and submitted stipulations and proposed orders to

25  extend the ADR deadline in this matter and to reschedule the mediation deadline from December

26  11, 2006 to January 31, 2007 in order to accommodate the schedules of various individuals the

27  parties wish to depose prior to the mediation, the schedules of counsel, and to give each side

28  adequate time to fully and thoroughly prepare for the mediation; and

- 1 -

1    WHEREAS, the parties have scheduled a mediation with the assigned mediator for

2  January 30, 2007.

3    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

4  Susan Lew ("Plaintiff") and Defendant Superior Court of California, City and County of San

5  Francisco ("Defendant"), through their respective counsel, that the further case management

6  conference currently scheduled for January 12, 2007 at 8:30 a.m. be continued to a date after

7  January 31, 2007 to be determined and set by the Court.

8    The parties hereby request that the Court grant this proposed Order.

9    Case management conference set for February 16, 2007 at 8:30 a.

10  Dated: December ___, 2007                         THE SCOTT LAW FIRM

11

12

13                                                   _____
                                                     Attorney for Plaintiff
14

15  Dated: December 21, 2006                         HANSON BRIDGETT MARCUS VLAHOS

16                                                   & RUDY, LLP

17

18                                                   _____

19                                                   Attorney for Defendant

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23  Dated:    January 3, 2007

24                                                   THE HONORABLE

25

26                                                   IT IS SO ORDERED

27                                                   Judge Charles R. Breyer

28  ¹ I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (//s//) within this efiled document.
                                        - 2 -
    STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER
    CASE MANAGEMENT CONFERENCE                                              43132.1