```
 1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    JOHN D. ADKISSON - 114449
 2  GAIL CECCHETTINI WHALEY - 162765
    ELI R. MAKUS - 234287
 3  980 Ninth Street, Suite 1500
    Sacramento, CA  95814
 4  Telephone:    (916) 442-3333
    Facsimile:    (916) 442-2348
 5  jadkisson@hansonbridgett.com
    gwhaley@hansonbrigett.com
 6  emakus@hansonbridgett.com

 7  Attorneys for Defendant
    SUPERIOR COURT OF CALIFORNIA,
 8  COUNTY OF SAN FRANCISCO
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendant. | No. C 06 3098 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, an Initial Case Management Conference was held in this matter on September 29, 2006; and

WHEREAS, a further Case Management Conference was scheduled for February 16, 2007 to occur after the parties completed mediation; and

WHEREAS, the parties requested and submitted stipulations and proposed orders to extend the ADR deadline in this matter and rescheduled the mediation deadline from December 11, 2006 to January 30, 2007 in order to accommodate the schedules of various individuals the parties wish to depose prior to the mediation, the schedules of counsel, and to give each side adequate time to fully and thoroughly prepare for the mediation; and

1     WHEREAS, the parties attended a mediation with the assigned mediator on January 30,
2 2007 with the intent to resolve this case. However, the parties were unsuccessful and as a result,
3 have not had the opportunity to meet and confer to prepare a Joint Case Management Conference
4 Statement.
5     WHEREAS, counsel for Defendant represents the California State Senate in a matter
6 filed in San Diego County Superior Court (Case No. GIC 840619) that is set for trial on March 2,
7 2007 and has a Trial Readiness Conference scheduled for February 16, 2007 which requires the
8 personal appearance of John Adkisson, lead counsel. The Trial Readiness Conference involves
9 the exchange of witnesses and evidence, and the parties will receive trial instructions. The date
10 conflicts with the Case Management Conference set in this matter.
11     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff
12 Susan Lew ("Plaintiff") and Defendant Superior Court of California, City and County of San
13 Francisco ("Defendant"), through their respective counsel, that the further case management
14 conference currently scheduled for February 16, 2007 at 8:30 a.m. be continued to a date after
15 February 16, 2007 to be determined and set by the Court.
16     The parties hereby request that the Court grant this proposed Order.
17
18 Dated: February __, 2007          THE SCOTT LAW FIRM
19
20                                     _____
21                                     Attorney for Plaintiff
22
23 Dated: February 1, 2007         HANSON BRIDGETT MARCUS VLAHOS
                                    & RUDY, LLP
24
25
26                                    _____
                                    Attorney for Defendant[1]
27 _____
28 [1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

-2-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER            43132.1
CASE MANAGEMENT CONFERENCE

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Case Management Conference continued to March 2, 2007 at 8:30a.m.

Dated: February 2, 2007



THE HONORABLE CHARLES BREYER

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER
CASE MANAGEMENT CONFERENCE                                                  43132.1