HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JOHN D. ADKISSON - 114449
GAIL CECCHETTINI WHALEY - 162765
ELI R. MAKUS - 234287
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone:     (916) 442-3333
Facsimile:      (916) 442-2348
jadkisson@hansonbridgett.com
gwhaley@hansonbrigett.com
emakus@hansonbridgett.com

Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW, | No. C 06 3098 CRB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE |
| SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendant. | |

WHEREAS, an Initial Case Management Conference was held in this matter on September 29, 2006; and

WHEREAS, a further Case Management Conference was scheduled for March 2, 2007 to occur after the parties completed mediation; and

WHEREAS, the parties attended a mediation with the assigned mediator on January 30, 2007 with the intent to resolve this case; and

WHEREAS, the parties did not conduct the mediation process on Friday, January 30, 2007, but instead, agreed to conduct additional limited discovery with the intent to return to mediation in April or May of 2007.

- 1 -
STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER
CASE MANAGEMENT CONFERENCE

44170.1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Susan Lew ("Plaintiff") and Defendant Superior Court of California, City and County of San Francisco ("Defendant"), through their respective counsel, that the further case management conference currently scheduled for March 2, 2007 at 8:30 a.m. be continued to June 1, 2007.

The parties hereby request that the Court grant this proposed Order.

Dated: February 23, 2007                    THE SCOTT LAW FIRM

                                            _____
                                            Attorney for Plaintiff

Dated: February 20, 2007                    HANSON BRIDGETT MARCUS VLAHOS
                                            & RUDY, LLP

                                            _____
                                            Attorney for Defendant[1]

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 27, 2007                    
                                            THE HONORABLE CHARLES BREYER

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

- 2 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER
CASE MANAGEMENT CONFERENCE                                                              44170.1