1  John Houston Scott   (SBN No. 72578)
   Lizabeth N. de Vries  (SBN No. 227215)
2  **THE SCOTT LAW FIRM**
   1375 Sutter Street, Suite No. 222
3  San Francisco, CA 94107
   Telephone:  (415) 561-9600
4  Facsimile:   (415) 561-9609
   tposey@lawjhs.com
5
   Attorneys for the Plaintiff,
6  SUSAN LEW

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SUSAN LEW,                          | No. C 06 3098 CRB
12 |         Plaintiff,                  |
   |                                     | **STIPULATION AND [PROPOSED]**
13 | v.                                  | **ORDER RESCHEDULING FURTHER**
   |                                     | **CASE MANAGEMENT CONFERENCE**
14 | SUPERIOR COURT OF CALIFORNIA        |
   | IN AND FOR THE CITY AND COUNTY      | Date:     June 1, 2007
15 | OF SAN FRANCISCO, and DOES 1        | Time:     8:30 a.m.
   | THROUGH 50, INCLUSIVE,              | Location: Courtroom 8
16 |                                     |
17 |         Defendant.                  |

18

19

20        WHEREAS, an Initial Case Management Conference was held in this matter on

21 September 29, 2006; and

22        WHEREAS, a further Case Management Conference was scheduled for March 2, 2007 to

23 occur after the parties completed mediation; and

24        WHEREAS, the parties attended a mediation with the assigned mediator on January 30,

25 2007 with the intent to resolve this case; and

26        WHEREAS, the parties participated in the mediation process on Friday, January 30, 2007,

27 and agreed to conduct additional limited discovery with the intent to return to mediation.  The

28 parties have participated in approximately four depositions since January 2007 and are scheduled

to convene another deposition next week. The parties believe that further mediation can be scheduled for June 2007.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Susan Lew and Defendant, Superior Court of California, City and County of San Francisco, through their respective counsel, that the further case management conference currently scheduled for June 1, 2007 at 8:30 a.m. be continued to sometime in July 2007.

The parties hereby request that the Court grant this proposed Order.

DATED: May 18, 2007

THE SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT
LIZABETH N. de VRIES
Attorneys for Plaintiff
SUSAN LEW

DATED: May __, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: _____
JOHN D. ADKISSON
Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

**IT IS SO ORDERED.** Case manage conference continued to July 13, 2007 at 8:30 a.m. Counsel to file a joint case management statement on or before July 6, 2007.

DATED: May 21, 2007

_____
THE HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA