```
 1  John Houston Scott   (SBN No. 72578)
    Lizabeth N. de Vries  (SBN No. 227215)
 2  THE SCOTT LAW FIRM
    1375 Sutter Street, Suite No. 222
 3  San Francisco, CA 94107
    Telephone:  (415) 561-9600
 4  Facsimile:  (415) 561-9609
    tposey@lawjhs.com
 5
    Attorneys for the Plaintiff,
 6  SUSAN LEW
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW,<br><br>            Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA<br>IN AND FOR THE CITY AND COUNTY<br>OF SAN FRANCISCO, and DOES 1<br>THROUGH 50, INCLUSIVE,<br><br>            Defendant. | No. C 06 3098 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER RESCHEDULING FURTHER<br>CASE MANAGEMENT CONFERENCE<br><br>Date:     July 13, 2007<br>Time:     8:30 a.m.<br>Location: Courtroom 8 |

WHEREAS, an Initial Case Management Conference was held in this matter on September 29, 2006; and

WHEREAS, a further Case Management Conference was scheduled for March 2, 2007 to occur after the parties completed mediation; and

WHEREAS, the parties attended a mediation with the assigned mediator on January 30, 2007 with the intent to resolve this case; and

WHEREAS, the parties participated in mediation on Friday, June 29, 2007.

WHEREAS, plaintiff's counsel, John Houston Scott, will be on vacation commencing July 12, 2007 through August 12, 2007.

- 1 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULEING FURTHER CMC

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,
2  Susan Lew and Defendant, Superior Court of California, City and County of San Francisco,
3  through their respective counsel, that the further case management conference currently
4  scheduled for July 13, 2007 at 8:30 a.m. be continued to sometime after August ~~14, 2007~~ 17, 2007.
5  The parties hereby request that the Court grant this proposed Order.

7  DATED: July 3, 2007                    THE SCOTT LAW FIRM

9                                         By: [signature]
10                                             JOHN HOUSTON SCOTT
                                               LIZABETH N. de VRIES
11                                             Attorneys for Plaintiff
                                               SUSAN LEW

13 DATED: July __, 2007                   HANSON BRIDGETT MARCUS
                                          VLAHOS & RUDY, LLP

16                                         By: [signature]
                                               JOHN D. ADKISSON
17                                             Attorneys for Defendant
                                               SUPERIOR COURT OF CALIFORNIA,
18                                             COUNTY OF SAN FRANCISCO

20 **IT IS SO ORDERED.** AS AMENDED

22 DATED: July 9, 2007                    _____
                                          THE HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

(Left margin: THE SCOTT LAW FIRM, 1375 Sutter Street, Suite 222, San Francisco, CA 94109)