HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JOHN D. ADKISSON - 114449
GAIL CECCHETTINI WHALEY - 162765
ELI R. MAKUS - 234287
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:     (916) 442-3333
Facsimile:      (916) 442-2348
jadkisson@hansonbridgett.com
gwhaley@hansonbrigett.com
emakus@hansonbridgett.com

Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO
THE SCOTT LAW FIRM
JOHN HOUSTON SCOTT - 72578
LIZABETH N. DE VRIES - 227215
1375 Sutter Street, Suite No. 222
San Francisco, CA 94107
Telephone:  (415) 561-9600
Facsimile:  (415) 561-9609

Attorneys for Plaintiff
SUSAN LEW

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW,<br><br>        Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF CALIFORNIA<br>IN AND FOR THE CITY AND COUNTY<br>OF SAN FRANCISCO, and DOES 1<br>THROUGH 50, INCLUSIVE,<br><br>        Defendant. | No. C 06 3098 CRB<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER** |

- 1 -

1369000.1

1    It is hereby stipulated and agreed between counsel for Plaintiff Susan Lew and counsel for

2    Defendant Superior Court of California in and for the City and County of San Francisco that the

3    following case management order be adopted in this case.  Unless otherwise indicated, all time

4    frames referenced herein refer to calendar days.

5    This stipulation and Proposed Order is intended to address outstanding discovery and

6    summary judgment deadlines and contains updated information regarding the status and progress

7    of the case.  To date, the parties have completed numerous depositions, including part of

8    Plaintiff's deposition and six depositions of key witnesses, as well as written discovery.  The

9    parties have also completed two unsuccessful mediation sessions before mediator Barbara S.

10   Bryant.  Although the parties continue to communicate through counsel, it appears mediation

11   efforts have failed and the case is ready to move forward.

12                                   **DISCOVERY PERIOD**

13   1.    The parties hereby stipulate and agree to the following plan for further discovery.

14   *(a)    Discovery Period.*  Discovery shall remain open until further order of the Court, or

15   at least until the due date of Plaintiff's Opposition to Defendant's Motion for Summary Judgment

16   (See ¶ 12, infra).  .  Defendant also anticipates propounding written discovery, including requests

17   for admissions and special interrogatories.  Plaintiff anticipates taking more depositions.  Plaintiff

18   may propound written discovery.

19   All written discovery shall be served in a time frame that will permit timely responses to

20   be served in accordance with paragraph 11(c).  The parties anticipate that expert discovery will

21   proceed according to statutory requirements.

22   (b)    Depositions.  All depositions shall comply with the limits prescribed by the

23   Federal Rules of Civil Procedure unless otherwise stipulated between the parties or ordered by the

24   Court.  The parties have stipulated that the deposition of any judges in this matter will be limited

25   to four hours each.  The parties have agreed that the plaintiff  may take the depositions of four

26   staff attorneys, Judge Ballati, Judge Hitchens, Cheryl Martin and Gordon Park-Li, in addition to

27   the seven depositions already taken by the Plaintiff.  Any depositions taken by Plaintiff thereafter

28   will be done pursuant to written stipulation or an application to the court showing good cause for

- 2 -

1  additional depositions.

2          Defendant and Plaintiff agree that any additional deposition of Plaintiff can be completed

3  in one-half day.  If at the conclusion of the on-half day of deposition any additional time is

4  needed, it will be pursuant to stipulation court order.

5          (c)      Written Discovery.  The parties anticipate serving written discovery including

6  requests for production of documents, requests for admission and interrogatories.  At this time,

7  the parties do not anticipate requiring any variance from the limits set forth under the Federal

8  Rules of Civil Procedure governing written discovery.

9          (d)      Confidential Information.  The parties agree to meet and confer regarding entering

10  into a Protective Order to protect employees' privacy rights and Defendant's confidential and

11  sensitive information.

12                          **MOTION FOR SUMMARY JUDGMENT**

13          2.      Defendant and Plaintiff propose the following schedule for Defendant's motion for

14  summary judgment (pursuant to Local Rule 7-2, 3):

15                  (i)  Defendant to serve its moving papers on January 18, 2008;

16                  (ii)  Plaintiff to serve her opposition papers on February 15, 2008;

17                  (iii) Defendant to serve its reply papers on February 22, 2008; and

18                  (iv) Hearing on Motion for Summary Judgment on March 7, 2008.

19          3.      Separate Statement.  Pursuant to Local Rule 56-2(a), Defendant requests that the

20  Court indicate whether it shall require that a separate statement of undisputed facts or joint

21  statement be filed with the motion for summary judgment, or not.

22                                  **TRIAL SCHEDULE**

23          4.      Pursuant to the August 17, 2007 case management conference, the court has

24  ordered trial set for April 14, 2008 at 8:30 a.m.  A pre-trial conference is set for April 8, 2008 at

25  2:30 p.m.  The parties anticipate that the trial will last 5-7 court days.

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER                                   1369000.1

DATED:  October 30, 2007

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By:  //s//
JOHN D. ADKISSON
GAIL CECCHETTINI WHALEY
ELI R. MAKUS
Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

DATED:  October 30, 2007

THE SCOTT LAW FIRM

By:  //s//
JOHN H. SCOTT
LIZABETH N. DE VRIES
Attorney for Plaintiff
Susan Lew

**SO ORDERED.**

Dated:   October 31, 2007

The Honorable Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

- 4 -

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER

1369000.1