HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JOHN D. ADKISSON - 114449
GAIL CECCHETTINI WHALEY - 162765
ELI R. MAKUS - 234287
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348
jadkisson@hansonbridgett.com
gwhaley@hansonbrigett.com
emakus@hansonbridgett.com

Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEW,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | No. C 06 3098 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING EXPERT WITNESS DISCLOSURE DEADLINE |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff SUSAN LEW and counsel for Defendant SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO that the expert witness disclosure deadline in this matter be set for February 25, 2008, including disclosure of reports under FRCP 26. If expert evidence is needed solely to rebut evidence of another party's experts, the disclosures (including reports) are due by March 21, 2008. The parties further stipulate that the expert witness discovery deadline in this matter be set for April 1, 2008. Trial in this matter is set for April 14, 2008.

The parties so stipulate in order to accommodate the schedules of the various experts, the

- 1 -

schedules of counsel, and to give each side adequate time to fully and thoroughly prepare.

The parties hereby request that the Court grant this proposed Order.

This Stipulation and Order shall not effect the trial date or any other dates set in this action.

DATED: January 28, 2008

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /S//
JOHN D. ADKISSON
GAIL CECCHETTINI WHALEY
ELI R. MAKUS
Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

DATED: January 25, 2008

THE SCOTT LAW FIRM

By: [signature]
JOHN H. SCOTT
Attorneys for Plaintiff SUSAN LEW

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, and based on the Stipulation of the parties hereto IT IS HEREBY ORDERED that the expert witness disclosure deadline in this case be set for February 25, 2008. Rebuttal experts must be disclosed by March 21, 2008. The expert witness discovery deadline is April 1, 2008.

Dated: __January 30, 2008__

Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA