IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN LEW,

    Plaintiff,

  v.

SUPERIOR COURT OF CALIFORNIA, ET AL.,

    Defendants.

No. C 06-03098 CRB

**JUDGMENT**

The Court having granted Defendants' motion for summary judgment, judgment is entered in favor of Defendants and against Plaintiff Susan Lew.

**IT IS SO ORDERED.**

Dated: March 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3098\Judgment.wpd